# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CAROL GROVE,

        Plaintiff,

vs.

JPMORGAN CHASE BANK N.A., et al.,

        Defendants.

Case No. 2:13-cv-00854-GMN-CWH

**ORDER**

    This matter is before the Court on Plaintiff's Motion to Quash (#24), filed July 31, 2013. Plaintiff is proceeding pro se and is, undoubtedly, not familiar with the Court rules and filing procedures. Her motion to quash is, in fact, a response to Defendant's motion (#16). To the extent she does seek to have the pending motion quashed, she has failed to provide any points or authorities in support of the request. *See* Local Rule 7-2(d) ("The failure of a moving party to file points and authorities in support of the motion shall constitute a consent to the denial of the motion."). Accordingly,

    **IT IS HEREBY ORDERED** that Plaintiff's Motion to Quash (#24) is **denied**.

    DATED: August 1, 2013.

                                            **C.W. Hoffman, Jr.**
                                            **United States Magistrate Judge**