# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CAROL GROVE, | ) |
| Plaintiff, | ) Case No. 2:13-cv-00854-GMN-CWH |
| vs. | ) **ORDER** |
| JPMORGAN CHASE BANK N.A., et al., | ) |
| Defendants. | ) |

This matter is before the Court on Plaintiff's Motion to Quash (#24), filed July 31, 2013. Plaintiff is proceeding pro se and is, undoubtedly, not familiar with the Court rules and filing procedures. Her motion to quash is, in fact, a response to Defendant's motion (#16). To the extent she does seek to have the pending motion quashed, she has failed to provide any points or authorities in support of the request. *See* Local Rule 7-2(d) ("The failure of a moving party to file points and authorities in support of the motion shall constitute a consent to the denial of the motion."). Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Quash (#24) is **denied**.

DATED: August 1, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**